# United States District Court
Eastern District of Missouri
111 S. 10th Street, Rm.3.300
St. Louis, Missouri 63102

*James G. Woodward*
 *Clerk of Court*

Phone: 314-244-7900

IN RE: THE BUSINESS OF THE COURT

## ORDER

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to forward the following domestic passports to the United States Department of State, Office of Passport Policy and Advisory Services, 2100 Pennsylvania Avenue NW, 3rd Floor, Washington, DC 20037.

| Defendant Name | Passport Number | Case Number | JCC Date |
|---|---|---|---|
| Joseph B. Van Gronigen | 446040279 | 4:10-cr-00179-RWS | 06/16/2011 |
| Steven Fugitt | 406858717 | 4:10-cr-00263-HEA | 06/21/2011 |
| Samuel Glasser | 420360290 | 4:10-cr-00283-HEA | 06/24/2011 |
| Nicholas Lamar Bates | 460373361 | 4:10-cr-00295-CEJ | 06/01/2011 |
| Richard Ludon Pfautz | 453585792 | 4:10-cr-00531-CDP | 06/27/2011 |
| Herman Schamber | 464870577 | 4:10-cr-00570-JCH | 06/10/2011 |
| Timothy J. Hohl | 441645134 | 4:11-cr-00100-CEJ | 06/23/2011 |

Dated this 30th day of June, 2011.

_____
Catherine D. Perry
United States District Judge